# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THE WESTON GROUP, INC., | : | No. 727 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| HIGHMARK HEALTH SERVICES, | : | |
| FORMERLY HIGHMARK, INC., D/B/A | : | |
| HIGHMARK BLUE SHIELD AND MODEL | : | |
| CONSULTING, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 28th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.